PHILIP WOODS, Respondent, v. BARTLEY SCOW CO., INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

BEACH 54TH ST., INC., Respondent, v. EDGEMERE RENTING OFFICE, INC., and Others, Appellants, and Others, Defendants.— Order denying motion to vacate and set aside the notice of sale in a foreclosure action and all proceedings had thereunder reversed on the law, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. The referee was without power to advertise and sell property other than that described in the judgment of foreclosure and sale. The plaintiff should have made a motion to amend the judgment in this respect prior to advertising the property for sale. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur. [See *ante*, p. 847.]

CLINTON S. BURR, Respondent, v. LEONARD A. MAY and Others, Defendants, Impleaded with LUJOE REALTY CORPORATION and Another, Appellants.— Orders granting plaintiff's motions to strike out answers of defendants Lujoe Realty Corporation and the Louis Friedman Realty Co., Inc., in an action to foreclose a mortgage affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ., concur.

ANDREW CALINICAS, Respondent, v. TRAVIS FULTON, Appellant.— Order denying defendant's motion to dismiss the complaint in an action for personal injuries on the ground that there is another action pending between the same parties for the same cause affirmed, with ten dollars costs and disbursements. Rule 107 of the Rules of Civil Practice provides that the motion must be made within twenty days after service of the complaint. Here it was not made until September 25, 1934, and, therefore, was not timely. Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ., concur.

DAVID H. CLARK, Respondent, v. JOHN L. DODGE and Others, Appellants.— In view of the determination in *Clark* v. *Dodge*, *No. 1*, decided September 24, 1934 [*ante*, p. 728], whereby the complaint herein was dismissed, the order granting plaintiff's motion for an examination before trial is reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

LOUIS DININ, Appellant, v. MARIA COLONNA and Others, Defendants; RAPHAEL MEISELS, Receiver, Respondent.— Order settling the account of the receiver in a foreclosure action modified so as to surcharge the receiver with the amount of seventy-five dollars for rent accruing before the order extending the receivership, and so as to allow the receiver the sum of fifty dollars for his attorney's services, and as so modified, affirmed, without costs. In our opinion, the plaintiff was entitled to the amount of rent collected by the receiver which accrued before the order extending the receivership, even though it was not actually paid until subsequently thereto. (*Meeker* v. *Mayfair Cleaners & Dyers, Inc.*, 242 App. Div. 834 [2d Dept.], decided November 2, 1934.) Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.